# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CHRIS HAROLD CAVE,

        Plaintiff,

vs.

JPM CHASE BANK INVESTMENTS DIVISION, *et al.*,

        Defendants.

Case No. 2:16-cv-01806-RFB-GWF

**ORDER**

    This matter is before the Court on Plaintiff's Motion for Review of *In Forma Pauperis* Status (ECF No. 11), filed on September 12, 2016. Defendant JPM Chase Bank Investments Division removed this matter to federal court on July 29, 2016. *See* ECF No. 1.

    Although Plaintiff's Motion is not coherent and the requested relief is unclear, Plaintiff cites 28 U.S.C. § 1915, which states as follows:

> Any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress.

28 U.S.C. § 1915(a)(1).

    Because Plaintiff has not provided the required information, the Court is unable to evaluate his financial status. Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion for Review of *In Forma Pauperis* Status (ECF No. 11) is **denied** without prejudice.

. . .

. . .

**IT IS FURTHER ORDERED** that Plaintiff shall have until **thirty (30) days** from the date of this order to submit a completed application and affidavit in support of his request to proceed *in forma pauperis*.

DATED this 15th day of September, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge