1  Kent F. Larsen, Esq.
   Nevada Bar No. 3463
2  SMITH LARSEN & WIXOM
   Hills Center Business Park
3  1935 Village Center Circle
   Las Vegas, Nevada 89134
4  Tel: (702) 252-5002
   Fax: (702) 252-5006
5  Email: kfl@slwlaw.com
   Attorneys for Defendant
6  JPMorgan Chase Bank, N.A.

7

8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10

11 Chris-Harold; [abode for caves:] a live,   )
   In natural pro per COMPLAINER –            )   Case No. 2:16-cv-01806-RFB-GWF
12                                            )
                  PLAINTIFF,                  )
13                                            )   **ORDER EXPUNGING**
   v.                                         )   **DOCUMENTS RECORDED**
14                                            )   **BY PLAINTIFF**
   JPM CHASE Bank Investments Division,       )
15 explicitly Not - N.A. and Their alleged:   )
   MERS Corp., nominee and purported          )
16 'representatives: TIFFANY & BOSCO          )
   FIRM, P.A., LLC and IT'S IN-HOUSE          )
17 SHILL DEBT COLLECTION-                     )
   FORECLOSURE MILL - ALTER EGO               )
18 AGENT-ENTITY: NATIONAL                     )
   DEFAULT SERVICING CORPORATION,             )
19 (NDSC)                                     )
                                              )
20           FICTITIOUS DEFENDANTS            )
                                              )
21 _____)

22       The Court, having considered: (1) the Motion to Expunge Documents Which Plaintiff

23 Recorded Against Property (ECF 14), which was filed by JPMorgan Chase Bank, N.A ("Chase")

24 on September 13, 2016; and, (2) that the Court granted the motion at a hearing conducted on May

25 10, 2017, and good cause appearing therefor,

26 ///

27 ///

28 ///

   ///

**IT IS HEREBY ORDERED** as follows:

    (i)    the document entitled "Order to Proceed In Forma Pauperis," which Plaintiff recorded on July 15, 2016, in the in the Official Records of the Clark County, Nevada Recorder, as Instrument 20160715-0000655 (a copy of which is attached hereto as **Exhibit A**) regarding the property located at 919 Linn Lane, Las Vegas, Nevada 89110 (APN 140-28-811-018) is hereby expunged and fully discharged, and is of no further force and effect for any purposes; and,

    (ii)    the real property located at 919 Linn Lane, Las Vegas, Nevada 89110 (APN 140-28-811-018), which was the subject of this action, is fully exonerated from the referenced "Order to Proceed In Forma Pauperis."

Dated this 26th day of May, 2017.

 

_____
RICHARD F. BOULWARE, II
United States District Judge

# EXHIBIT A



**RECORDING COVER PAGE**
(Must be typed or printed clearly in BLACK ink only and avoid printing in the 1" margins of document)

APN# 140-28-811-018

Inst #: 20160715-0000655
Fees: $19.00
N/C Fee: $0.00
07/15/2016 09:13:02 AM
Receipt #: 2818217
Requestor:
CHRIS-HAROLD
Recorded By: SAO   Pgs: 3
**DEBBIE CONWAY**
CLARK COUNTY RECORDER

(11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

### TITLE OF DOCUMENT
(DO NOT Abbreviate)

Order to Proceed in Forma Pauperis

Document Title on cover page must appear EXACTLY as the first page of the document to be recorded.

**RECORDING REQUESTED BY:**
Chris-harold; Ealrede-For: Coures]

**RETURN TO:** Name Chris-harold
Address c/o Post Local Near; Non Resident
City/State/Zip 909 Linn Lane Near Las Vegas, Not in Fed Zone
Zip Exempt § mm 122.23 (89904)

**MAIL TAX STATEMENT TO:** (Applicable to documents transferring real property)

Name_____

Address_____

City/State/Zip_____

This page provides additional information required by NRS 111.312 Sections 1-2.
An additional recording fee of $1.00 will apply.
To print this document properly—do not use page scaling.

OIFP

Name: Chris-harold; [abodefortcone] AN A.D.A. Senior
Address: C/o Post Location Box #4043692 near;
City, State, Zip: Las Vegas Nevada State,
Phone: 702 528 2469 NOA-Resident
Email: _____ Not Domestic
Self-Represented Not in Federal zone
or District
Zip Code Exemp DMM 122.52

A-16-739562-C
OIFP
Order to Proceed In Forma Pauperis
4561604

## DISTRICT COURT
## CLARK COUNTY, NEVADA

Chris-harold; [abodefortcone]
Plaintiff,

vs.

J.P.M. Chase Bank Investor Division
Natan Default Services Alleged Representa
a Their Parent Firm: Tiffany+Bosco P.A. LLC
Defendant.

CASE NO.: A-16-739562-C
DEPT: IX

### Order to Proceed in Forma Pauperis

Upon consideration of the movant's Application to Proceed in Forma Pauperis, and it appearing that there is not sufficient income, property, or resources with which to maintain the action, and good cause appearing therefore:

IT IS HEREBY ORDERED that (name) Chris-harold; [abodeforicone] shall be permitted to proceed In Forma Pauperis with this action pursuant to the terms of this Order.

IT IS FURTHER ORDERED that if the above-named party prevails in this action, the Court shall enter an order pursuant to NRS 12.015 requiring the opposing party to pay the Court, within five (5) days, the costs which would have been incurred by the prevailing party, and those costs must then be paid as provided by law.

CLERK OF THE COURT
RECEIVED JUN 30 2016
RECEIVED JUL 06 2016
CLERK OF THE COURT
© Clark County Self-Help Center
Fee Waiver Order
ALL RIGHTS RESERVED

2

IT IS FURTHER ORDERED that the above-named party shall be permitted to commence or defend the action without costs. The Clerk of Court shall file or issue any necessary writ, process, pleading, or paper without charge.

IT IS FURTHER ORDERED that the Sheriff or other appropriate officer within this State shall make personal service of any necessary writ, pleading, or paper without charge.

IT IS FURTHER ORDERED that this Order shall not apply to costs for transcripts or recordings of court proceedings. A separate application and order shall be required to waive any such fees.

IT IS FURTHER ORDERED that this Order shall expire one year from the date the Order is filed. The party shall be required to reapply for any further waiver after this Order expires.

DATED this 5th day of July, 2016

_____
DISTRICT COURT JUDGE

Respectfully Submitted: All Absolute Natural Rights Preserved
(Signature) Chris-harold; abodofori: Cave:]
(Printed Name) Chris-harold; [abodofori: Cave:]
In Proper Person

CERTIFIED COPY
DOCUMENT ATTACHED IS A
TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE

_____
CLERK OF THE COURT

JUL 1 2 2016